IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN STEVEN KEPLINGER,<br>Debtor. | Case No. 2:26-MC-00219-CSK<br>~~[PROPOSED]~~ **ORDER TERMINATING WRIT OF GARNISHMENT**<br>Criminal Case No. 2:15-CR-00179-KJM |
| INTEL CORPORATION,<br>Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on July 28, 2026, is hereby TERMINATED; and

///

///

///

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: September 22, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

7, kepl.0219.26.order.term.writ